UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CRICKET COMMUNICATIONS, INC.,**

                *Petitioner*,

      *vs.*

**EDWINA C. SCHLEIDER**,

                *Respondent*.

**STIPULATION OF DISCONTINUANCE**

Miscellaneous Action No. 5:09-MC-30-NAM-DEP

**IT IS HEREBY STIPULATED**, by and between the undersigned, the parties to this action, that whereas no party hereto is an infant, incompetent or person for whom a guardian has been appointed, that this action should be discontinued with prejudice, and that all parties shall bear their owns costs and attorneys fees.  This Stipulation may be presented to the Court without further notice.

**DATED**: April 20, 2009

| **HISCOCK & BARCLAY, LLP** | **GOLDBERG SEGALLA, LLP** |
|---|---|
| By: s/ Robert A. Barrer<br>    Robert A. Barrer<br>    Bar Roll No. 101099 | By: s/Kenneth M. Alweis<br>    Kenneth M. Alweis<br>    Bar Roll No. 505056 |
| *Attorneys for Respondent*<br>Office and Post Office Address<br>One Park Place<br>300 South State Street<br>Syracuse, New York 13202- 2078<br>Telephone: (315) 425-2704<br>Facsimile: (315) 425-8544<br>E-Mail: rbarrer@hblaw.com | *Attorneys for Petitioner*<br>Office and Post Office Address<br>5789 Widewaters Pkwy.<br>Syracuse, NY 13214<br>Telephone: (315) 413-5400<br>Facsimile: (315) 413-5401<br>E-Mail: kalweis@goldbergsegalla.com |

**IT IS SO ORDERED.**

**DATED**:                 , 2009
        Syracuse, New York

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: April 22, 2009
Syracuse, NY

SYLIB01\687793\1